UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISOPHER ALLEN COOPER,<br><br>                  Petitioner,<br><br>  v.<br><br>PATRICK GLEBE,<br><br>                  Respondent. | No. C11-6000 RJB/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation (Dkt. 4);

(2)    Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  All pending motions are stricken from the court's calendar as moot; and

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 27th day of January, 2012.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1