UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISOPHER ALLEN COOPER,

                Petitioner,

    v.

PATRICK GLEBE,

                Respondent.

No. C11-6000 RJB/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation (Dkt. 4);

(2)     Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. All pending motions are stricken from the court's calendar as moot; and

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 27th day of January, 2012.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1